**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

        Plaintiff,

vs.                                                CASE NO. 6:05-CR-218-ORL-19KRS

THOMAS EDWARD MAGNAY

        Defendant.

---

## ORDER

This case was considered by the Court on Motion to Terminate Conditions of Release (Doc. No. 37, filed June 1, 2006). Upon consideration, the Motion to Terminate Conditions of Release imposed in the captioned case (Doc. No. 37) is **GRANTED.** The Clerk of Court shall disburse all funds including interest minus registry fees. The check shall be made payable to Leventhal & Slaughter, P.A. in accordance with Thomas Edward Magnay's affidavit attached to the Motion to Terminate Conditions of Release (Doc. No. 37) designating Leventhal & Slaughter, P.A. as his agent to receive funds returned by the Clerk of the Court.

**DONE AND ORDERED** at Orlando, Florida, this   8th   day of June, 2006.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services
Defendant